Henry Strohmeyer, Appellee, v. William Jamison, Appellant.

Gen. No. 6,468.   (Not to be reported in full.)

Appeal from the Circuit Court of La Salle county; the Hon. SAM-UEL C. STOUGH, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed November 22, 1917.

### Statement of the Case.

Action by Henry Strohmeyer, plaintiff, against William Jamison, defendant, to recover a balance due for building a porch and making other improvements. From a judgment for plaintiff for $206.06, defendant appeals.

McDOUGALL & CHAPMAN, for appellant.

BROWNE & WILEY, for appellee.

MR. PRESIDING JUSTICE CARNES delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1410*—*when verdict is not against manifest weight of evidence.* A verdict *held* not against the manifest weight of the evidence, in an action to recover for work done by plaintiff in building a porch and making other improvements for defendant.

2. APPEAL AND ERROR, § 1236*—*when defendant estopped to urge error in admission of evidence.* Defendant was estopped to urge error as to the admission of a certain book account in evidence, that it was not entitled to be admitted or considered as such account, where it appeared defendant had withdrawn objection to its admission at the end of the trial and let it go to the jury.

3. APPEAL AND ERROR, § 1535*—*when instruction on determination of preponderance of evidence is not reversibly erroneous.* An

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

instruction as to determining the preponderance of the evidence which omitted the number of witnesses as a factor after telling the jury that the preponderance does not necessarily depend upon the number, was erroneous, but not reversible error where the question was unimportant.

**Daisy Benson, Administratrix, Appellee, v. Chicago City Railway Company et al., Appellants.**

**Gen. No. 6,455-6,467.    (Not to be reported in full.)**

Appeal from the Circuit Court of Lake county; the Hon. CLAIRE C. EDWARDS, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed November 28, 1917.

## Statement of the Case.

Action by Daisy Benson, administratrix of the estate of Martin L. Benson, deceased, plaintiff, against Chicago City Railway Company, Chicago Railways Company, Calumet & South Chicago Railway Company and the Southern Street Railway Company, corporations, operating as Chicago Surface Lines, and Consumers Company, a corporation, defendants, to recover damages for the death of plaintiff's intestate from injuries received in a street car collision. From a judgment for plaintiff for $10,000, defendants separately appeal, appeals being consolidated.

FRANKLIN B. HUSSEY and CHARLES LE ROY BROWN, for appellants Chicago Surface Lines; JOHN R. GUILLIAMS, of counsel.

COOKE, POPE & POPE and ZIMMERMAN, GARRETT & RUNDALL, for appellant Consumers Company.